```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

SAMUEL ALEXANDER, JR., et al.,  §
                                §
    Plaintiffs,                §   Civil Action
                                §   No. C-03-533
v.                              §
                                §
AIR LIQUIDE AMERICA             §
CORPORATION, et al.,            §
                                §
    Defendants.                §

### ORDER

On this day came on to be considered Scott Technologies, Inc.'s motion for withdrawal and substitution of attorney of record (D.E. 169). This Court determines that Scott Technologies' motion is MOOT, because this case was dismissed for lack of subject matter jurisdiction on November 21, 2005. <u>See</u> D.E. 167 (Order of Dismissal); D.E. 168 (Final Judgment Dismissing Case for Lack of Subject-Matter Jurisdiction).

SIGNED and ENTERED this 26th day of December, 2006.

_____
Janis Graham Jack
United States District Judge